```
 1  LUBIN & ENOCH, P.C.
    Jarrett J. Haskovec
 2  State Bar No. 023926
    Stanley Lubin
 3  State Bar No. 003076
    349 North Fourth Avenue
 4  Phoenix, Arizona 85003-1505
    Telephone: (602) 234-0008
 5  Facsimile: (602) 626-3586
    Email: Jarrett@lubinandenoch.com
 6  Attorneys for Plaintiff
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Leone, Donna, a married woman,<br><br>    Plaintiff,<br><br>v.<br><br>Sprouts Farmers Markets, LLC, an Arizona Limited Liability Corporation, d/b/a Sprouts Farmers Markets; and SFM, LLC, a Delaware Limited Liability Corporation, d/b/a Sprouts Farmers Markets,<br><br>    Defendants. | No. CV-13-00760-PHX-GMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Donna Leone ("Leone"), by and through undersigned counsel, hereby provides notice that the above-captioned matter is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., no answer or other responsive pleading having been filed by Defendants herein.

RESPECTFULLY SUBMITTED this 1st day of July, 2013.

                                LUBIN & ENOCH, P.C.


                                s/ Jarrett J. Haskovec
                                Jarrett J. Haskovec, Esq.
                                Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July, 2013, I electronically transmitted the attached Notice to the U.S. District Court Clerk's office using the CM/ECF System for filing.


s/ Cristina Sanidad